CONLEW, INC., v. IRVING NASH, ANNIE NASH and SYLVIA D. NASH, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of NAT LEVINE, Deceased. ANNA LEVINE and MEYER KREEGER — PUCKHAFER & RODE.— Motion for leave to appeal to the Court of Appeals and for a stay of execution denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

RAILROAD FEDERAL SAVINGS AND LOAN ASSOCIATION v. DORA ZELKIND, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs, and stay vacated. Present— McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

JOSEPH FOA and PETER GIOVANOLA v. BANCA COMMERCIALE ITALIANA TRUST COMPANY and ALFONSO FACCHETTI-GUIGLIA.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

MAXWELL E. LOPIN, as Receiver of the Property of ANTON MILLER, v. HEWES HOLDING CORPORATION, Impleaded with HERMINE FRANK.— Motion for reargument denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of BENJAMIN A. GOLDSTEIN, an Attorney.— Proceeding dismissed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of JOSEPH KRANZ POLIKOFF, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of HERMAN C. POLLACK, an Attorney.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.